In the Matter of JAMES W. TUOMEY, Appellant, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Argued March 6, 1940; decided April 9, 1940.

764

*Samuel Binder* and *Jesse C. Rogers* for appellant.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Paxton Blair* of counsel), for respondent.

Order affirmed, without costs, on the ground no clear legal right has been shown. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.